UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

FILED
Jeffrey A. Apperson, Clerk
AUG 07 2008
U.S. DISTRICT CLERK
WEST'N DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| V. | NO. 5:08MJ-315-G |
| AMANDA BLANKENSHIP | 18 U.S.C. 641<br>18 U.S.C. 371 |

The United States Attorney charges:

### COUNT 1

On or about the 4th day of June 2008, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, AMANDA BLANKENSHIP, defendant herein, did intentionally steal at the Main Post Exchange, one (1) Loreal concealer, value of $10.29, property of the Army, Air Force Exchange Services (AAFES), a U.S. Agency.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

On or about the 4th day of June 2008, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, AMANDA BLANKENSHIP, defendant herein, did conspire with another to steal at the Main Post Exchange, one (1) Victoria Secret hand and body cream, one (1) Acqua Di Gio cologne, one (1) Rapture cologne, one (1) DKNY Be Delicious cologne, four (4) eye liners, one (1) eye shadow and one (1) mascara, total value of $287.90, property of the Army, Air Force Exchange Services (AAFES), a U.S. Agency.  AMANDA BLANKENSHIP, defendant herein, acted to effect the object of the conspiracy when she had knowledge that another was removing merchandise from the AAFES facility without rendering proper payment.

In violation of Title 18, United States Code, Section 371.

DAVID L. HUBER
United States Attorney

By: _____
DEVON A. RUNYAN
Special Assistant U.S. Attorney

AMANDA BLANKENSHIP

## PENALTIES

### COUNT 1

18 U.S.C. 641

MINIMUM:

MAXIMUM: $100,000 and 1 year confinement

SPECIAL ASSESSMENT: $25

### COUNT 2

18 U.S.C. 371

MINIMUM:

MAXIMUM: $100,000 and 1 year confinement

SPECIAL ASSESSMENT: $25