

# Case Assignment
# Standard MagistrateAssignment

Case number **5:08MJ-315**
NOTE: Judge determined by charging documentation.

Assigned on ~~07/25/20~~08

8|7|08

Return