UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

No(s). __1438192__
       __1438194__

Defendant: __Amanda Blankenship__

Case No: 5:08MJ-315-G

FILED
Jeffrey A. Apperson, Clerk
AUG 07 2008
U.S. DISTRICT CLERK
WEST'N DIST. KENTUCKY

## MEMORANDUM OF PLEA AGREEMENT
## PURSUANT TO FED. R. CRIM. P. 11(c)(1)(B)

The above-named defendant is charged with the following offense(s):
1) Theft of Gov'T Property  2) Conspiracy  3) ___
4) ___  5) ___  6) ___

The maximum penalties, any mandatory minimum penalties, and SPA's for this/these offense(s) are as follows:
1) $100,000 fine / $25 S.A. / 1 yr. conf.   2) $100,000 fine / $25 SA / 1 yr. conf.
3) ___  4) ___
5) ___  6) ___

In consideration for the defendant's plea(s) of guilty to offense numbers: __1__

THE UNITED STATES, THROUGH COUNSEL, SHALL RECOMMEND TO THE COURT THE FOLLOWING SENTENCE(S):

Imprisonment: 1) —  2) ___  3) ___  4) ___  5) ___  6) ___
Fine: 1) $250  2) ___  3) ___  4) ___  5) ___  6) ___
Special Assessment Fee: 1) $25  2) ___  3) ___  4) ___  5) ___  6) ___
Processing Fee: 1) —  2) ___  3) ___  4) ___  5) ___  6) ___
Probation: 1) ___  2) ___  3) ___  4) ___  5) ___  6) ___
Restitution: 1) —  2) ___  3) ___  4) ___  5) ___  6) ___
TOTAL: 1) $275  2) ___  3) ___  4) ___  5) ___  6) ___

Other: ___

COUNTS TO BE DISMISSED AT SENTENCING __2__

The defendant acknowledges that he/she understands that the above is a sentencing recommendation made to the Court by the United States and that the Court is not bound to sentence the defendant in conformance with the recommendation. Further, the defendant understands that if the Court elects not to follow the recommendation for any reason, the defendant will not be allowed to withdraw his/her plea(s) of guilty. *Further, the defendant acknowledges that the plea(s) of guilty is/are voluntary and that he/she or the United States may elect to withdraw from this plea agreement at any time prior to the entering of the defendant's plea(s) of guilty.*

DATE: __7 Aug 08__

_____
Counsel for United States

_____
Defendant (Amanda Blankenship)

_____
Defense Counsel